SHAWNEE POTTERY COMPANY,
Appellant,

v.

WILLIAM P. ZINN & COMPANY,
Appellee.

No. 12855.

United States Court of Appeals
Sixth Circuit.

Dec. 19, 1956.

Graham, Graham, Gottlieb & Johnston, Zanesville, Ohio, for appellant.

Earhart, Robertson & Savage, Columbus, Ohio, for appellee.

Before ALLEN, MARTIN and McALLISTER, Circuit Judges.

PER CURIAM.

The above cause coming on to be heard upon the transcript of record, the briefs of the parties, and the argument of counsel in open court, and the court being duly advised,

Now, therefore, it is ordered, adjudged and decreed that the judgment of the District Court be and is hereby affirmed upon the opinion of Judge Cecil, 148 F. Supp. 322.

Stephen O'HEARNE, Deputy Commissioner, Bureau of Employees' Compensation, Fourth Compensation District, and

Maryland Shipbuilding and Drydock Company,

and

Maryland Casualty Company, Appellants,

v.

Richard J. FURLONG, Appellee.

No. 7335.

United States Court of Appeals
Fourth Circuit.

Argued Jan. 18, 1957.

Decided Feb. 18, 1957.

Herbert P. Miller, Atty., United States Department of Labor, Washington, D. C. (Walter E. Black, Jr., U. S. Atty., Baltimore, Md., Stuart Rothman, Solicitor, and W. E. Boote, Asst. Solicitor, United States Department of Labor, Washington, D. C., on brief), for appellant Stephen O'Hearne.

Robert E. Coughlan, Jr., Baltimore, Md. (Lord, Whip & Coughlan, Baltimore, Md., on brief), for appellants Maryland Shipbuilding & Drydock Co. and Maryland Casualty Co.

Bernard G. Link, Baltimore, Md., for appellee.

Before PARKER, Chief Judge, SOBELOFF, Circuit Judge, and WILLIAMS, District Judge.

PER CURIAM.

We find no error in the decision of the District Court, and we believe that nothing of importance could be added to the opinion of the trial judge, which is found in 144 F.Supp. 266.

Affirmed.